ROBERT A. EDER, JR. (# 8056)
Attorney for the Debtor(s)
5667 S. Redwood Road, Suite 8
Salt Lake City, Utah 84123
Telephone (801) 265-1836
Facsimile (801) 265-1866
rob@ederlaw.net

# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| IN RE:<br>    DAVID M. McKAY and<br>    SHALECE McKAY,<br><br>                        Debtor(s). | Bankruptcy Case No. 11-35951 WTT<br><br>Chapter 13 |
|---|---|

## DEBTORS' MOTION TO CONTINUE CONFIRMATION HEARING

Debtors David M. McKay and Shalece McKay move the Court for an order continuing the Confirmation Hearing that is scheduled for January 17, 2012 at 9:30 A.M. in this case.

Debtors so move the Court because Debtors intend to amend their Chapter 13 Plan to provide for treatment of Debtors' second mortgage loan with Douglas D. Yates, and Debtors will need additional time to provide adequate notice of the amendment to all parties.

For this reason, Debtors request a continuance of 40 days.

DATED January 13, 2012.

                                                          **/S/ Robert A. Eder Jr.**
                                                          Robert A. Eder Jr.
                                                          Attorney for the Debtor(s)

<u>CERTIFICATE OF SERVICE</u>

     I Hereby Certify that on January 13, 2012, I sent by U.S. Mail, postage pre-paid, or by ECF, a true and correct copy of Debtors' Motion to Continue Confirmation Hearing to the following party:

Kevin R. Anderson
(VIA ECF)

                                             <u>**/S/ Robert A. Eder Jr.**</u>
                                             Robert A. Eder Jr.
                                             Attorney for the Debtor(s)